# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| LISA MARYANN AL ZOUBI, | Case No. 16-30270 |
| Debtor. | Honorable Pamela S. Hollis |

## CERTIFICATE OF SERVICE BY MAIL

I, Barry A. Chatz, an attorney, certify I caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be sent to all creditors and other parties in interest of Lisa Maryann Al Zoubi, which are listed on the attached Service List by deposit in U.S. Mail, first class postage prepaid, on May 11, 2017.

/s/ Barry A Chatz, Trustee

Barry A. Chatz (ARDC# 06196639)
120 South Riverside Plaza
Suite 1200
Chicago, IL  60606
(312) 876-7100
(312) 876-0288 Facsimile
bachatz@arnstein.com

Recovery Management Systems Corporation
25 SE Second Avenue Suite 1120
Miami, FL 33131-1605

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK 73124-8848

(p)COLLECT AMERICA LTD
4340 S MONACO PKWY
2ND FL
DENVER CO 80237-3485

COMENITY BNK/VICTORIA S S
C/O Jefferson Capital SYST
16 Mcleland Rd
Saint Cloud, MN 56303-2198

Chase Bank
Bankruptcy Department
PO Box 15298
Wilmington, DE 19850-5298

City of Chicago - EMS
Bankruptcy Department
33589 Treasury Center
Chicago, IL 60694-3500

Clerk, First Mun Div
Bankruptcy Dept.
50 W. Washington St., Rm. 1001
Chicago, IL 60602-1316

Comcast Cable
Bankruptcy Department
1701 John F. Kennedy Blvd
Philadelphia, PA 19103-2899

Commonwealth Edison
Attn: System Credit/BK Dept
3 Lincoln Center 4th Floor
Oakbrook Terrace, IL 60181-4204

Directv
C/O I C System INC
Po Box 64378
Saint Paul, MN 55164-0378

Directv, LLC
by American InfoSource LP as agent
PO Box 5008
Carol Stream, IL 60197-5008

Equifax
Attn: Bankruptcy Dept.
PO Box 740241
Atlanta, GA 30374-0241

Experian
Attn: Bankruptcy Dept.
PO Box 2002
Allen, TX 75013-2002

First National Collection Bureau
Bankruptcy Dept.
610 Waltham Way
Sparks, NV 89434-6695

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MB Financial BANK
Attn: Bankruptcy Dept.
6111 N River Rd
Rosemont, IL 60018-5111

Mandarich Law Group LLP
Bankruptcy Dept.
1 N Dearborn #650
Chicago, IL 60602-4347

Navient
Attn: Bankruptcy Dept.
Po Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions Inc.
220 Lasley Ave
Wilkes-Barre, PA 18706-1430

Nissan Motor Acceptance
Attn: Bankruptcy Dept.
Po Box 660360
Dallas, TX 75266-0360

Nissan Motor Acceptance Corp
POB 660366
Dallas, TX 75266-0366

Peoples Gas
Bankruptcy Department
200 E. Randolph Dr.
Chicago, IL 60601-6302

(p)SPRINGLEAF FINANCIAL SERVICES
P O BOX 3251
EVANSVILLE IN 47731-3251

Swedish Covenant Hospital
Attn: Bankruptcy Department
7426 Solution Center
Chicago, IL 60677-7004

Syncb/CARE CREDIT
Attn: Bankruptcy Dept.
950 Forrer Blvd
Kettering, OH 45420-1469

Synchrony Bank
c/o Recovery Management Systems Corp.
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

T-Mobile
C/O Credence Resource MANA
17000 Dallas Pkwy Ste 20
Dallas, TX 75248-1938

TCF BANK IL-I
C/O RGS Financial
1700 Jay Ell Dr Ste 200
Richardson, TX 75081-6788

Transunion
Attn: Bankruptcy Dept.
PO Box 1000
Chester, PA 19022-1023

US DEPT OF ED/Glelsi
Attn: Bankruptcy Dept.
Po Box 7860
Madison, WI 53707-7860

US DEPT OF EDUCATION
CLAIMS FILING UNIT
PO BOX 8973
MADISON WI 53708-8973

Verizon Wireless
C/O Jefferson Capital SYST
16 Mcleland Rd
Saint Cloud, MN 56303-2198

WF EFS
Attn: Bankruptcy Dept.
Po Box 84712
Sioux Falls, SD 57118-4712

Lisa Maryann Al Zoubi
6301 N Washtenaw Ave
APT# Apt 2
Chicago, IL 60659-1779

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Wylie W Mok
Geraci Law L.L.C.
55 E. Monroe St. Suite #3400
Chicago, IL 60603-5920

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LISA MARYANN AL ZOUBI | § | Case No. 16-30270 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on Thursday, June 8, 2017 in Courtroom 644, U.S. COURTHOUSE, 219 S. DEARBORN ST., CHICAGO, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/11/2017                          By: /s/ Barry A. Chatz, Trustee
                                                              Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   §
         §
LISA MARYANN AL ZOUBI   §   Case No. 16-30270
         §
         §
Debtor   §

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 19,000.00 |
| and approved disbursements of | $ | 11,820.95 |
| leaving a balance on hand of[1] | $ | 7,179.05 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BARRY A. CHATZ | $ 2,650.00 | $ 0.00 | $ 2,650.00 |
| Trustee Expenses: BARRY A. CHATZ | $ 72.08 | $ 0.00 | $ 72.08 |
| Attorney for Trustee Fees: GREGORY K. STERN, P.C. | $ 3,606.00 | $ 0.00 | $ 3,606.00 |
| Attorney for Trustee Expenses: GREGORY K. STERN, P.C. | $ 45.26 | $ 0.00 | $ 45.26 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 6,373.34 |
| Remaining Balance | $ 805.71 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,081.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Navient Solutions Inc. | $ 7,156.54 | $ 0.00 | $ 239.44 |
| 2 | Us Dept Of Education | $ 5,993.00 | $ 0.00 | $ 200.51 |
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | $ 476.64 | $ 0.00 | $ 15.95 |
| 4 | Nissan Motor Acceptance Corp | $ 8,675.03 | $ 0.00 | $ 290.24 |
| 5 | Jefferson Capital Systems Llc | $ 798.91 | $ 0.00 | $ 26.73 |
| 6 | Jefferson Capital Systems Llc | $ 614.21 | $ 0.00 | $ 20.55 |
| 7 | Directv, Llc | $ 367.35 | $ 0.00 | $ 12.29 |
| | Total to be paid to timely general unsecured creditors | | $ | 805.71 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Barry A. Chatz, Trustee
                                      Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.