# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| LISA MARYANN AL ZOUBI | § | Case No. 16-30270 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                          Assets Exempt: 1,300.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  805.71       Claims Discharged
                                                Without Payment:  23,275.97

Total Expenses of Administration:  18,194.29

---

3) Total gross receipts of $ 19,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 19,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 18,194.29 | 18,194.29 | 18,194.29 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 24,081.68 | 24,081.68 | 805.71 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 42,275.97 | $ 42,275.97 | $ 19,000.00 |

    4) This case was originally filed under chapter 7 on 09/22/2016. The case was pending for 11 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/10/2017    By: /s/BARRY A. CHATZ
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Unscheduled claim vs. General Information Services, Inc., Ca | 1249-000 | 19,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 19,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | 2100-000 | NA | 2,650.00 | 2,650.00 | 2,650.00 |
| BARRY A. CHATZ | 2200-000 | NA | 72.08 | 72.08 | 72.08 |
| Union Bank | 2600-000 | NA | 20.95 | 20.95 | 20.95 |
| GREGORY K. STERN, P.C. | 3210-000 | NA | 3,606.00 | 3,606.00 | 3,606.00 |
| SmithMarco, P.C. | 3210-000 | NA | 11,800.00 | 11,800.00 | 11,800.00 |
| GREGORY K. STERN, P.C. | 3220-000 | NA | 45.26 | 45.26 | 45.26 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 18,194.29 | $ 18,194.29 | $ 18,194.29 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

UST Form 101-7-TDR (10/1/2010) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | AMERICAN INFOSOURCE LP AS AGENT FOR | 7100-000 | NA | 476.64 | 476.64 | 15.95 |
| 7 | Directv, Llc | 7100-000 | NA | 367.35 | 367.35 | 12.29 |
| 5 | Jefferson Capital Systems Llc | 7100-000 | NA | 798.91 | 798.91 | 26.73 |
| 6 | Jefferson Capital Systems Llc | 7100-000 | NA | 614.21 | 614.21 | 20.55 |
| 1 | Navient Solutions Inc. | 7100-000 | NA | 7,156.54 | 7,156.54 | 239.44 |
| 2 | Us Dept Of Education | 7100-000 | NA | 5,993.00 | 5,993.00 | 200.51 |
| 4 | Nissan Motor Acceptance Corp | 7100-001 | NA | 8,675.03 | 8,675.03 | 290.24 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 24,081.68 | $ 24,081.68 | $ 805.71 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-30270 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | LISA MARYANN AL ZOUBI | | | | Date Filed (f) or Converted (c): | 09/22/2016 (f) |
| | | | | | 341(a) Meeting Date: | 10/19/2016 |
| For Period Ending: | 08/10/2017 | | | | Claims Bar Date: | 03/09/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Household goods and furnishings | 600.00 | 0.00 | | 0.00 | FA |
| 2. Electronics | 300.00 | 0.00 | | 0.00 | FA |
| 3. Clothing, Shoes, Accessories | 100.00 | 0.00 | | 0.00 | FA |
| 4. One dog | 0.00 | 0.00 | | 0.00 | FA |
| 5. Checking account - US Bank | 200.00 | 0.00 | | 0.00 | FA |
| 6. Savings account - US Bank | 100.00 | 0.00 | | 0.00 | FA |
| 7. Unscheduled claim vs. General Information Services, Inc., Ca (u) | 0.00 | 7,200.00 | | 19,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $1,300.00 $7,200.00 $19,000.00 $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

12/6/16 - Undisclosed asset discovered; Trustee's Initial Report of Assets filed.
12/31/16 - Funds expected from settlement with Debtor by 2/15/17; once asset liquidated, review claims and submit TFR.
5/11/17 - TFR approved and filed; TFR set for hearing 6/8/17 @ 10:30 am.

| RE PROP # | 1 | -- | Furniture, linens, small appliances, table & chairs, bedroom set |
| --- | --- | --- | --- |
| RE PROP # | 2 | -- | Flat screen TV, computer, printer, music collection, cell phone |
| RE PROP # | 3 | -- | Normal clothing, shoes, accessories |

Initial Projected Date of Final Report (TFR): 06/30/2018     Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-30270 | Trustee Name: | BARRY A. CHATZ |
| --- | --- | --- | --- |
| Case Name: | LISA MARYANN AL ZOUBI | Bank Name: | Union Bank |
| | | Account Number/CD#: | XXXXXX0870 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8832 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/10/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/02/17 | 7 | General Information Services<br>P.O. Box 353<br>Chapin, SC 29036 | Cause of action initiated pre-petition<br>Deposit received and verified by BAC 2/23/17 | 1249-000 | $19,000.00 | | $19,000.00 |
| 03/13/17 | 400001 | SmithMarco, P.C.<br>55 West Monroe Street<br>Suite 1200<br>Chicago, IL 60603 | Allowed fees pursuant to 3/2/17 Court Order | 3210-000 | | $11,800.00 | $7,200.00 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.95 | $7,179.05 |
| 06/08/17 | 400002 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>CHICAGO, IL 60606-0000 | Distribution | | | $2,722.08 | $4,456.97 |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($2,650.00) | 2100-000 | | | |
| | | BARRY A. CHATZ | Final distribution representing a payment of 100.00 % per court order. ($72.08) | 2200-000 | | | |
| 06/08/17 | 400003 | GREGORY K. STERN, P.C.<br>53 WEST JACKSON BOULEVARD<br>SUITE 1442<br>CHICAGO, IL 60606 | Distribution | | | $3,651.26 | $805.71 |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. ($3,606.00) | 3210-000 | | | |
| | | GREGORY K. STERN, P.C. | Final distribution representing a payment of 100.00 % per court order. ($45.26) | 3220-000 | | | |
| 06/08/17 | 400004 | Navient Solutions Inc.<br>220 Lasley Ave<br>Wilkes-Barre, Pa 18706 | Final distribution to claim 1 representing a payment of 3.35 % per court order. | 7100-000 | | $239.44 | $566.27 |
| 06/08/17 | 400005 | Us Dept Of Education<br>Claims Filing Unit<br>Po Box 8973<br>Madison, Wi 53708-8973 | Final distribution to claim 2 representing a payment of 3.35 % per court order. | 7100-000 | | $200.51 | $365.76 |

Page Subtotals:   $19,000.00   $18,634.24

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 16-30270 | Trustee Name: | BARRY A. CHATZ | |
| Case Name: | LISA MARYANN AL ZOUBI | Bank Name: | Union Bank | |
| | | Account Number/CD#: | XXXXXX0870 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8832 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 08/10/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/08/17 | 400006 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>T MOBILE/T-MOBILE USA INC<br>PO BOX 248848<br>OKLAHOMA CITY, OK 73124-8848 | Final distribution to claim 3 representing a payment of 3.35 % per court order. | 7100-000 | | $15.95 | $349.81 |
| 06/08/17 | 400007 | Nissan Motor Acceptance Corp<br>Pob 660366<br>Dallas, Tx 75266-0366 | Final distribution to claim 4 representing a payment of 3.35 % per court order. | 7100-000 | | $290.24 | $59.57 |
| 06/08/17 | 400008 | Jefferson Capital Systems Llc<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Final distribution to claim 5 representing a payment of 3.35 % per court order. | 7100-000 | | $26.73 | $32.84 |
| 06/08/17 | 400009 | Jefferson Capital Systems Llc<br>Purchased From Verizon Wireless<br>Po Box 7999<br>Saint Cloud Mn 56302-9617<br>Orig By: Verizon Wireless | Final distribution to claim 6 representing a payment of 3.35 % per court order. | 7100-000 | | $20.55 | $12.29 |
| 06/08/17 | 400010 | Directv, Llc<br>By American Infosource Lp As Agent<br>Po Box 5008<br>Carol Stream, Il 60197-5008 | Final distribution to claim 7 representing a payment of 3.35 % per court order. | 7100-000 | | $12.29 | $0.00 |
| 08/05/17 | 400007 | Nissan Motor Acceptance Corp<br>Pob 660366<br>Dallas, Tx 75266-0366 | Final distribution to claim 4 representing a payment of 3.35 % per court order. Reversal | 7100-001 | | ($290.24) | $290.24 |
| 08/07/17 | 400011 | Clerk, U.S. Bankruptcy Court | Remit To Court | 7100-001 | | $290.24 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $19,000.00 | $19,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $19,000.00 | $19,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $19,000.00 | $19,000.00 |

Page Subtotals: $0.00 $365.76

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0870 - Checking | $19,000.00 | $19,000.00 | $0.00 |
|  | $19,000.00 | $19,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $19,000.00 |
| Total Gross Receipts: | $19,000.00 |